LAW LIBRARY

NO. 29538

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

DAVID B. MOGILEFSKY, an individual,
Petitioner/Plaintiff-Appellant

vs.

COUNTY OF MAUI, a municipal corporation,
Respondent/Defendant-Appellee

K. HAMAKADO
CLERK, APPELLATE COURTS
STATE OF HAWAI'I

2010 AUG 30 AM II: 32

FILED

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 08-1-0243)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on

July 27, 2010 by Petitioner/Plaintiff-Appellant David B.

Mogilefsky is hereby rejected.

DATED: Honolulu, Hawai'i, August 30, 2010.

FOR THE COURT:

Associate Justice

APPELLATE COURTS
SEAL
STATE OF HAWAI'I

David B. Mogilefsky,
petitioner/plaintiff-
appellant, *pro se,* on
the application.

---

[1] Considered by: Nakayama, Acoba, Duffy, and Recktenwald, JJ., and Circuit Judge Lee in place of Moon, C.J., recused.